# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

MAURICE GOODMAN,
on behalf of T.M.L.G,
a minor,

    *Plaintiff*,

v.                                    Case No. 1:17cv125-MW/GRJ

NANCY A. BERRYHILL,
Deputy Commissioner for
Operations,

    *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument, ECF No. 19. Accordingly,

**IT IS ORDERED:**

1. The report and recommendation is **ACCEPTED and ADOPTED**, over Plaintiff's objections, as this Court's

1

opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**."

2. Plaintiff's request for oral argument is **DENIED**.

3. The Clerk shall close the file.

**SO ORDERED on May 31, 2018.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**